IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 22-cv-0690-WJM-NRN

UNITED STATES OF AMERICA ex rel.
GNGH2 Inc.,

    Plaintiff-Relator,

v.

WOLVERINE FUELS HOLDING LLC;
PUMA ENERGY CARIBE LLC; and
PUMA ENERGY SERVICES (LATAM) S.A., INC.,

    Defendants.
_____

**ORDER**
_____

The Court having reviewed the United States' Unopposed Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Filings (ECF No. 29) in the above-captioned *qui tam* case, and finding good cause therefore, hereby:

ORDERS that the Clerk of the Court is directed to unrestrict this case;

ORDERS that ECF Nos. 2, 12, 16, 18, 20 shall remain at a "Level 2" restriction;

ORDERS that all other filings in the case (except for ECF Nos. 2, 12, 16, 18, 20) shall be unrestricted and publicly accessible;

ORDERS that the seal be lifted as to all other matters occurring in this action after the date of this Order; and

ORDERS that the amended *qui tam* complaint, the declination notice, and the order upon declination be served upon the defendants by the relator.

Dated this 17th day of July, 2024.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge